IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 315-013 |
| | ) | |
| MELISSA HAYDEN FRANCIS | ) | |

**O R D E R**

Defendant Melissa Hayden Francis filed a motion to preserve evidence, including rough notes of agents. (Doc. no. 110.) Defendant does not demand disclosure or production of this evidence, merely preservation. While this material is not generally discoverable, it may later during trial have probative value for purposes of impeachment. The Court **GRANTS** the motion, and the government is instructed to preserve all evidence in this case, including rough notes authored by agents.

SO ORDERED this 21st day of January, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA